UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Michael Young,

    Plaintiff,

v.                                     ORDER
                                       Civil No. 14-2689(MJD/JJK)

The Jefferson Bus Lines et al.,

    Defendants.

_____

      The above-entitled matter comes before the Court on Plaintiff's objections to the Report and Recommendation of Magistrate Judge Jeffrey J. Keyes dated July 14, 2014.

      Pursuant to statute, the Court has conducted a <u>de novo</u> review of the record.  28 U.S.C. § 636(b)(1); Local Rule 72.2(b).  Based on that review, the Court will adopt the Report and Recommendation in its entirety.

      IT IS HEREBY ORDERED:

      1.     Plaintiff's Application for Leave to Proceed <u>In</u> <u>Forma</u> <u>Pauperis</u> and for Appointment of Counsel [Doc. No. 2] is DENIED; and

2.   This action is DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

LET JUDGMENT BE ENTERED ACCORDINGLY

Date:   August 12, 2014

                                          s/ Michael J. Davis
                                          Michael J. Davis
                                          Chief Judge
                                          United States District Court